1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6  Attorneys for Plaintiff
   JENNIFER LEIGH REED

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN JOSE DIVISION**

10  JENNIFER LEIGH REED,                Case No.

11                      Plaintiff,      C08 01826 RMW

12  v.                                  **COMPLAINT**

13  GLOBAL ACCEPTANCE CREDIT            **DEMAND FOR JURY TRIAL**
    COMPANY, a Texas Limited Partnership;
14  and GAC GP, LLC, a Texas Limited Liability   15 United States Code § 1692 *et seq.*
    Corporation,                        California Civil Code § 1788 *et seq.*
15

16                      Defendants.

17          Plaintiff, JENNIFER LEIGH REED (hereinafter "Plaintiff"), based on information

18  and belief and investigation of counsel, except for those allegations which pertain to the named

19  Plaintiff or her attorneys (which are alleged on personal knowledge), hereby makes the following

20  allegations:

21                           **I. INTRODUCTION**

22          1.      This is an action for statutory damages, attorney fees and costs brought by an

23  individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C.

24  § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act,

25  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from

26  engaging in abusive, deceptive and unfair practices.

27                           **II. JURISDICTION**

28          2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

                                        -1-

1  1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

2  Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3          3.      This action arises out of Defendants' violations of the Fair Debt Collection

4  Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection Practices

5  Act, California Civil Code § 1788 *et seq.* ("RFDCPA").

6                                **III. VENUE**

7          4.      Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

8  that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

9  district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

10  Defendants transact business in this judicial district and the violations of the FDCPA complained

11  of occurred in this judicial district.

12                        **IV. INTRADISTRICT ASSIGNMENT**

13          5.      This lawsuit should be assigned to the San Jose Division of this Court because

14  a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

15  County.

16                                **V. PARTIES**

17          6.      Plaintiff, JENNIFER LEIGH REED (hereinafter "Plaintiff"), is a natural

18  person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of

19  15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

20          7.      Defendant, GLOBAL ACCEPTANCE CREDIT COMPANY (hereinafter

21  "GLOBAL"), is a Texas limited partnership engaged in the business of collecting debts in this state

22  with its principal place of business located at: 5850 West Interstate 20, Suite 100, Arlington, Texas,

23  76017. GLOBAL may be served at the address of its Registered Agent: Global Acceptance Credit

24  Company, c/o Michael Varrichio, Registered Agent, 5850 West Interstate 20, Suite 100, Arlington,

25  Texas 76017. The principal purpose of GLOBAL is the collection of debts using the mails and

26  telephone, and GLOBAL regularly attempts to collect debts alleged to be due another. GLOBAL

27  is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

28          8.      Defendant, GAC GP, LLC (hereinafter "GAC"), a Texas limited liability

1   corporation and general partner of GLOBAL, is engaged in the business of collecting debts in this

2   state with its principal place of business located at: 5850 West Interstate 20, Suite 100, Arlington,

3   Texas, 76017. GAC may be served at the address of its Registered Agent: GAC GP, LLC, c/o

4   Michael Varrichio, Registered Agent, 5850 West Interstate 20, Suite 100, Arlington, Texas 76017.

5   The principal purpose of GAC is the collection of debts using the mails and telephone, and GAC

6   regularly attempts to collect debts alleged to be due another. GAC is a "debt collector" within the

7   meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

8       9.     At all times herein mentioned, each of the Defendants was an officer, director,

9   agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said

10  times, each Defendant was acting in the full course and scope of said office, directorship, agency,

11  service, employment and/or joint venture. Any reference hereafter to "Defendants" without further

12  qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

13                  **VI. FACTUAL ALLEGATIONS**

14      10.    On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred

15  a financial obligation (hereinafter "the alleged debt"). The alleged debt was incurred primarily for

16  personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C.

17  § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

18      11.    Sometime thereafter on a date unknown to the Plaintiff, the alleged debt was

19  consigned, placed or otherwise transferred to Defendants for collection from the Plaintiff.

20      12.    Thereafter, Defendants sent a collection letter (Exhibit "1") to Plaintiff which

21  is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

22      13.    A true and accurate copy of the collection letter from Defendants to Plaintiff

23  is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

24      14.    The collection letter (Exhibit "1") is dated April 10, 2007.

25      15.    The collection letter (Exhibit "1") was the Defendants' first written notice

26  initially addressed to the Plaintiff in connection with collecting the alleged debt.

27      16.    On or about April 25, 2007, Plaintiff mailed a letter to Defendants which

28  stated: "please be advised that I dispute this debt and refuse to pay."

-3-

COMPLAINT

1    17.    A true and accurate copy of the Plaintiff's letter disputing the alleged debt and

2  refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is

3  incorporated herein.

4    18.    Defendants received Plaintiff's letter disputing the alleged debt and refusing

5  to pay the alleged debt (Exhibit "2") on or about May 2, 2007.

6    19.    A true and accurate copy of the USPS Tracking Report and Certified Mail

7  Return Receipt evidencing Defendants' receipt of Plaintiff's letter disputing the alleged debt and

8  refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this

9  reference is incorporated herein.

10    20.    After receiving Plaintiff's letter notifying Defendants of her refusal to pay the

11  alleged debt (Exhibit "2"), Defendants continued its collection efforts against the Plaintiff.

12    21.    On July 25, 2007, Defendants sent a letter (Exhibit "4") to Plaintiff which

13  included a verification of the account.

14    22.    Thereafter, Defendants sent a second collection letter (Exhibit "5") to Plaintiff

15  which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

16  1692a(2).

17    23.    A true and accurate copy of the collection letter from Defendants to Plaintiff

18  is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

19    24.    The collection letter (Exhibit "5") is dated August 7, 2007.

20    25.    On or about August 27, 2007, an employee of the Defendants recorded the

21  following message on the Plaintiff's answering machine:

22    Hi, this message is for Jennifer Reed. Jennifer Reed, My name is Mr. Lee, manager
      for the firm of Global Acceptance. Uh, Jennifer, I need either you or someone on
23    your behalf to contact my office today in regard to very important file that is time-
      sensitive. Now, my number is 866-881-2590. Refer to file number 624929 when
24    calling.

25    26.    On or about September 10, 2007, an employee of the Defendants recorded the

26  following message on the Plaintiff's answering machine:

27    This message is for Jennifer Reed. This is Global Acceptance Credit Company. I
      need you or someone on your behalf to contact our office today regarding a very
28    important matter which requires your immediate attention. Our toll-free number is

-4-
COMPLAINT

1  866-881-2590. When returning this call, refer to file number 624929. Once again, this is Global Acceptance Credit Company. Contact our office today. 866-881-2590.

2

3  27.  On or about September 13, 2007, an employee of the Defendants recorded the

4  following message on the Plaintiff's answering machine:

5  This message is for Jennifer Reed. This is Global Acceptance Credit Company. I need you or someone on your behalf to contact our office today regarding a very
6  important matter which requires your immediate attention. Our toll-free number is 866-881-2590. When returning this call, refer to file number 624929. Once again,
7  this is Global Acceptance Credit Company. Contact our office today. 866-881-2590.

8  28.  On or about September 17, 2007, an employee of the Defendants recorded the

9  following message on the Plaintiff's answering machine:

10  This message is for Jennifer Reed. This is Global Acceptance Credit Company. I need you or someone on your behalf to contact our office today regarding a very
11  important matter which requires your immediate attention. Our toll-free number is 866-881-2590. When returning this call, refer to file number 624929. Once again,
12  this is Global Acceptance Credit Company. Contact our office today. 866-881-2590.

13  29.  On or about October 2, 2007, an employee of the Defendants recorded the

14  following message on the Plaintiff's answering machine:

15  This message is for Jennifer Reed. If you are not Jennifer Reed, please disconnect now. This is Global Acceptance Credit Company. We need you or someone on your
16  behalf to contact our firm today. The phone number is 1-866-881-2590. When calling, please refer to your file number 624929. We will be available until 8 pm
17  central and will be expecting your call today. Again, our number is 1-866-881-2590. This communication is from a debt collector. This is an attempt to collect a debt and
18  any information obtained will be used for that purpose.

19  30.  On or about October 5, 2007, an employee of the Defendants recorded the

20  following message on the Plaintiff's answering machine:

21  This message is for Jennifer Reed. This is Global Acceptance Credit Company. I need you or someone on your behalf to contact our office today regarding a very
22  important matter which requires your immediate attention. Our toll-free number is Jennifer Reed. When returning this call, refer to file number 624929. Once again,
23  this is Global Acceptance Credit Company. Contact our office today.

24  31.  Defendants' answering machine messages were each a "communication" in

25  an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

26  32.  Defendants' failed to disclose that their answering machine messages were

27  communications from a debt collector, in violation of 15 U.S.C. § 1692e(11).  See *Hosseinzadeh*

28  *v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. CA 2005); *Foti v. NCO Financial*

COMPLAINT

1 | *Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

2 |       33.    Defendants sent a third collection letter (Exhibit "6") to Plaintiff which is a

3 | "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

4 |       34.    A true and accurate copy of the collection letter from Defendants to Plaintiff

5 | is attached hereto, marked Exhibit "6," and by this reference is incorporated herein.

6 |       35.    The collection letter (Exhibit "6") is dated October 5, 2007.

7 |       36.    Thereafter, Defendants sent a fourth collection letter (Exhibit "7") to Plaintiff

8 | which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

9 | 1692a(2).

10 |       37.    A true and accurate copy of the collection letter from Defendants to Plaintiff

11 | is attached hereto, marked Exhibit "7," and by this reference is incorporated herein.

12 |       38.    The collection letter (Exhibit "7") is dated January 24, 2008.

13 | **VII.  CLAIMS**

14 | **FAIR DEBT COLLECTION PRACTICES ACT**

15 |       39.    Plaintiff brings the first claim for relief against Defendants under the Federal

16 | Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

17 |       40.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

18 | through 38 above.

19 |       41.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

20 | 1692a(3).

21 |       42.    Defendant, GLOBAL, is a "debt collector" as that term is defined by the

22 | FDCPA, 15 U.S.C. § 1692a(6).

23 |       43.    Defendant, GAC, is a "debt collector" as that term is defined by the FDCPA,

24 | 15 U.S.C. § 1692a(6).

25 |       44.    The financial obligation allegedly owed by the Plaintiff is a "debt" as that

26 | term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

27 |       45.    Defendants' answering machine messages described above violate the

28 | FDCPA. The violations include, but are not limited to, the following:

1            a.    Defendants failed to disclose that the communications were from a

2                debt collector, in violation of 15 U.S.C. § 1692e(11).

3        46.    Defendants have further violated the FDCPA in the following respects:

4            a.    Defendants continued collection efforts against Plaintiff after

5                receiving a written notification that Plaintiff refused to pay the debt

6                being collected, in violation of 15 U.S.C. § 1692c(c).

7        47.    Defendants' acts as described above were done intentionally with the purpose

8    of coercing Plaintiff to pay the alleged debt.

9        48.    As a result of the Defendants' violations of the FDCPA, the Plaintiff is

10    entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.

11    § 1692k.

12    **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

13        49.    Plaintiff brings the second claim for relief against Defendants under the

14    Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

15        50.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

16    through 48 above.

17        51.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

18    § 1788.2(h).

19        52.    Defendant, GLOBAL, is a "debt collector" as that term is defined by the

20    RFDCPA, Cal. Civil Code § 1788.2(c).

21        53.    Defendant, GAC, is a "debt collector" as that term is defined by the RFDCPA,

22    Cal. Civil Code § 1788.2(c).

23        54.    The financial obligation allegedly owed by the Plaintiff is a "consumer debt"

24    as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

25        55.    Defendants' answering machine messages described above violate the

26    RFDCPA. The violations include, but are not limited to, the following:

27            a.    Defendants failed to disclose that the communications were from a

28                debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated

1    by Cal. Civil Code § 1788.17.

2    56.    Defendants have further violated the RFDCPA in the following respects:

3    a.    Defendants continued collection efforts against Plaintiff after

4    receiving a written notification that Plaintiff refused to pay the debt

5    being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated

6    by Cal. Civil Code § 1788.17.

7    57.    Defendants' acts as described above were done willfully and knowingly with

8    the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

9    1788.30(b).

10    58.    As a result of the Defendants' willful and knowing violations of the RFDCPA,

11    the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred

12    dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code §

13    1788.30(b).

14    59.    As a result of the Defendants' violations of the RFDCPA, the Plaintiff is

15    entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated

16    by Cal. Civil Code § 1788.17.

17    60.    As a result of the Defendants' violations of the RFDCPA the Plaintiff is

18    entitled to an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code §

19    1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

20    61.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

21    RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

22    that the Plaintiff may have under any other provision of law.

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

-8-
COMPLAINT

## VIII.  REQUEST FOR RELIEF

Plaintiff requests that this Court:

a.  Assume jurisdiction in this proceeding;

b.  Declare that Defendants' answering machine messages violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(11);

c.  Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c);

d.  Declare that Defendants' answering machine messages violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

e.  Declare that Defendants violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

f.  Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

g.  Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

h.  Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

i.  Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

j.  Award Plaintiff such other and further relief as may be just and proper.


CONSUMER LAW CENTER, INC.


By: /s/ Jovanna R. Longo
    Jovanna R. Longo, Esq.
    Attorney for Plaintiff
    JENNIFER LEIGH REED

1    <u>**CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**</u>

2       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3    named parties, there is no such interest to report.

4                                    /s/ Jovanna R. Longo
                                     Jovanna R. Longo, Esq.
5

6    <u>**DEMAND FOR JURY TRIAL**</u>

7       PLEASE TAKE NOTICE that Plaintiff, JENNIFER LEIGH REED, hereby demands a trial

8    by jury of all triable issues of fact in the above-captioned case.

9

10                                   /s/ Jovanna R. Longo
                                     Jovanna R. Longo, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

Dept 545
PO Box 4115
Concord, CA 94524

**Global Acceptance
Credit Company**

P.O. Box 172800 - Arlington, TX 76003-2800
Toll Free 800-807-0725 - Local (817) 561-2500
Fax (817) 561-2288
**April 10, 2007**

GACC Account #: 624929-1
Original Creditor: Corinthian College
RE: Everest College
Current Creditor: Global Acceptance Credit Co.
Current Balance: $2823.96
Amount Enclosed: _____

ADDRESS SERVICE REQUESTED

JENNIFER  REED
4920 HARMONY WAY
SAN JOSE CA  95130-1819

Global Acceptance Credit Co.
PO Box 172800
Arlington TX 76003-2800

................................................... *** Detach Upper Portion and Return with Payment *** ...................................................

Dear JENNIFER  REED,

We have recently purchased, been assigned, and now OWN your ACCOUNT.  All rights have been transferred to us.
Please contact us to discuss this matter with one of our representatives.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion
thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice,
that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment, if
any, and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving
this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Please contact us and allow our representative to assist you in resolving this issue.

Call 800-807-0725.

If you have an attorney representing you in connection with this debt, we are not aware of that fact and we would appreciate
it if you would furnish the name and phone number of your attorney.  If you have filed bankruptcy, we are similarly unaware
of that fact and would appreciate your bankruptcy case number and date of filing.

Sincerely,

Tracey Hunter

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

All future payments and correspondence should be addressed to:

Original Creditor: Corinthian College
RE: Everest College
Current Creditor: Global Acceptance Credit Co.
Reference #: 184-55xxxxx3231
Amount Due: $2823.96
GACC Account #: 624929-1

Global Acceptance Credit Co.
P.O. Box 172800
Arlington, TX 76003-2800

Please see reverse side for important information.



GLA1-0410C205555-JGLA-8 556

## Privacy Notice

Global Acceptance Credit Company (GACC) understands the importance of safeguarding the privacy of our customer's personal and financial information. Our Privacy Policy follows these guidelines:

**Security Procedures to Protect Information** - GACC restricts access to your personal and financial information. Employees who have access to your information are required to protect it and keep it confidential. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your personal and financial information.

**Collection of Personal and Financial Information** - GACC collects personal and financial information about you from lawful sources that may include available account documents, previous or current creditors, consumer reporting agencies and public databases.

**Sharing of Personal and Financial Information** - GACC complies with all Fair Debt Collection Practices Act (FDCPA) and all Fair Credit Reporting Act (FCRA) guidelines and does not release information on current or former consumers except to those permitted by law, such as, consumer reporting agencies; companies performing services (lettering services, third-party collection agencies, etc.); attorneys or other legal services; and consumer credit counseling services (at the request of the consumer).

**Your Choice to Share Information** - If you wish we do not provide personal and financial information on your account, as described in this notice, please send your request in writing to: GACC, Attn: Privacy Notice, P.O. Box 172800, Arlington, Texas 76003 or call 1-800-807-0725 x201.

## California Collection Notice

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## California and Utah Residents

As required by California and Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

## Colorado Residents

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

## North Carolina Residents

North Carolina permit number 3939.

## Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to your place of employment. Any such oral request will be valid for only ten days unless you provide a written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to us.

## New York City Residents

New York City Department of Consumer Affairs license number 1240569.

## Consumers in all states have the rights afforded by the Fair Debt Collection Practices Act. (FDCPA)

Last Update on Nov. 28, 2006

# REFUSE TO PAY LETTER

April 25, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-4114**

Global Acceptance Credit Co.
P.O. Box 172800
Arlington, TX 76003-2800

Re:    Creditor:            Corinthian College
       Reference No.:       184-55xxxxxx3231
       Account No.:         624929-1

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Jennifer Reed
4920 Harmony Way
San Jose, CA 95130-1819

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Global Acceptance Credit Co.
Street, Apt. No.; or PO Box No. P.O. Box 172800
City, State, ZIP+4 Arlington, TX 76003-2800

PS Form 3800, June 2002        See Reverse for Instructions

7005 3110 0000 4788 4114


EXHIBIT
2

Dept 545
PO Box 4115
Concord, CA 94524

**Global Acceptance**
**Credit Company**

P.O. Box 172800 - Arlington, TX 76003-2800
Toll Free 800-807-0725 - Local (817) 561-2600
Fax (817) 561-2266
**April 10, 2007**

GACC Account #: 624929-1
Original Creditor: Corinthian College
RE: Everest College
Current Creditor: Global Acceptance Credit Co.
Current Balance: $2823.96
Amount Enclosed: _____

ADDRESS SERVICE REQUESTED

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

Global Acceptance Credit Co.
PO Box 172800
Arlington TX 76003-2800

*** Detach Upper Portion and Return with Payment ***

Dear JENNIFER REED,

We have recently purchased, been assigned, and now OWN your ACCOUNT. All rights have been transferred to us. Please contact us to discuss this matter with one of our representatives.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Please contact us and allow our representative to assist you in resolving this issue.

Call 800-807-0725.

If you have an attorney representing you in connection with this debt, we are not aware of that fact and we would appreciate it if you would furnish the name and phone number of your attorney. If you have filed bankruptcy, we are similarly unaware of that fact and would appreciate your bankruptcy case number and date of filing.

Sincerely,

Tracey Hunter

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

All future payments and correspondence should be addressed to:

Original Creditor: Corinthian College
RE: Everest College
Current Creditor: Global Acceptance Credit Co.
Reference #: 184-55xxxxx3231
Amount Due: $2823.96
GACC Account #: 624929-1

Global Acceptance Credit Co.
P.O. Box 172800
Arlington, TX 76003-2800

Please see reverse side for important information.

USPS - Track & Confirm



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 4788 4114
Detailed Results:

- **Delivered, May 02, 2007, 11:11 am, ARLINGTON, TX 76003**
- **Acceptance, April 25, 2007, 4:01 pm, SAN JOSE, CA 95113**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *A Holman*   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  *A Holman*    C. Date of Delivery  *5-2-07* |
| 1. Article Addressed to:  Global Acceptance Credit Co. P.O. Box 172800 Arlington, TX 76003-2800 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0000 4788 4114 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**EXHIBIT 3**

P.O. Box 172800
Arlington, TX 76003
624929

**Global Acceptance
Credit Company**

P.O. Box 172800 - Arlington, TX 76003-2800
Toll Free 800-807-0725 - Local (817) 561-2600
Fax (817) 561-2288
**July 25, 2007**

RETURN SERVICE REQUESTED

GACC# 624929

||..|..|.|..||.|.||.|.....||.|....|||.|..|.|||......|||
JENNIFER   REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

Dear JENNIFER   REED,

Global Acceptance Credit Company (GACC) purchased and now owns the above referenced account.  It was purchased by GACC on 04/04/2007.

As per your request for verification of the account please see the information below:

| | |
|---|---|
| Original Creditor: | Corinthian College |
| Description: | Everest College |
| Original Account Number: | 184-55xxxxx3231 |
| Account Open Date: | 09/16/2004 |
| Last Payment Date: | 07/10/2006 |

Should you have questions regarding the above referenced account or would like to discuss any of the information, please contact me at 800-807-0725.

Cordially,

Kevin Lee
Research Department Manager
800-807-0725 ext. 260

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please see reverse side for important information.


EXHIBIT
4

GLA9-0724B200009-JXD4-8 9

## Privacy Notice

Global Acceptance Credit Company (GACC) understands the importance of safeguarding the privacy of our customer's personal and financial information. Our Privacy Policy follows these guidelines:

**Security Procedures to Protect Information** - GACC restricts access to your personal and financial information. Employees who have access to your information are required to protect it and keep it confidential. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your personal and financial information.

**Collection of Personal and Financial Information** - GACC collects personal and financial information about you from lawful sources that may include available account documents, previous or current creditors, consumer reporting agencies and public databases.

**Sharing of Personal and Financial Information** - GACC complies with all Fair Debt Collection Practices Act (FDCPA) and all Fair Credit Reporting Act (FCRA) guidelines and does not release information on current or former consumers except to those permitted by law, such as, consumer reporting agencies; companies performing services (lettering services, third-party collection agencies, etc.); attorneys or other legal services; and consumer credit counseling services (at the request of the consumer).

**Your Choice to Share Information** - If you wish we do not provide personal and financial information on your account, as described in this notice, please send your request in writing to: GACC, Attn: Privacy Notice, P.O. Box 172800, Arlington, Texas 76003 or call 1-800-807-0725 x201.

### California Collection Notice

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

### California and Utah Residents

As required by California and Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Colorado Residents

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

### North Carolina Residents

North Carolina permit number 3939.

### Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to your place of employment. Any such oral request will be valid for only ten days unless you provide a written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to us.

### New York City Residents

New York City Department of Consumer Affairs license number 1240569.

**Consumers in all states have the rights afforded by the Fair Debt Collection Practices Act. (FDCPA)**

Last Update on Nov. 28, 2006



# Global Acceptance Credit Company

August 7, 2007

JENNIFER  REED
4920 HARMONY WAY
SAN JOSE, CA  95130

**Re: Corinthian College**                    **Account #: 624929-1**

**Reference: 184-55xxxxx3231**                 **Balance: $2,782.04**

Dear JENNIFER  REED,

Thank you for your recent inquiry in regards to the above-mentioned account.

Global Acceptance Credit Company is willing to accept a settlement on your **Corinthian College** account for the amount of **$2,782.00.**  You have agreed to pay **$ 139.10** per month for **20** months beginning **August 25, 2007.**  Failure to comply will result in the settlement offer becoming null and void.

Once full settlement funds have been received, GACC will send you verification that your account is **paid in full**.  GACC will then notify Trans Union, Equifax and Experian credit reporting agencies that this debt is satisfied and reflects a zero balance.

For your convenience, GACC now accepts Visa/MasterCard payments.  To make a credit card payment please call our office toll free 800-807-0725 ext. **244,** or if you prefer, you may remit payment by Priority-Mail or Quick Collect to the following address:

| **Overnight Mail Address** | or | **Western Union Quick Collect** |
|---|---|---|
| Global Acceptance Credit Company | | G.A.C.C. |
| 5850 West I-20, Suite #100 | | 5850 West I-20, Suite #100 |
| Arlington, TX  76017 | | **Code City: PARKROW State: TX** |
| | | Arlington, TX  76017 |
| | | Please write acct # on QuickCollect _____ |

Sincerely,

*Kevin Lee*

Kevin Lee
Global Acceptance Credit Company

**EXHIBIT**
**5**

**This communication is from a debt collector.  This is an attempt to collect a debt.  Any and all information obtained will be used for that purpose.**
**Please see reverse side for important information.**

## Privacy Notice

Global Acceptance Credit Company (GACC) understands the importance of safeguarding the privacy of our customer's personal and financial information. Our Privacy Policy follows these guidelines:

**Security Procedures to Protect Information** - GACC restricts access to your personal and financial information. Employees who have access to your information are required to protect it and keep it confidential. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your personal and financial information.

**Collection of Personal and Financial Information** - GACC collects personal and financial information about you from lawful sources that may include available account documents, previous or current creditors, consumer reporting agencies and public databases.

**Sharing of Personal and Financial Information** - GACC complies with all Fair Debt Collection Practices Act (FDCPA) and all Fair Credit Reporting Act (FCRA) guidelines and does not release information on current or former consumers except to those permitted by law, such as, consumer reporting agencies; companies performing services (lettering services, third-party collection agencies, etc.); attorneys or other legal services; and consumer credit counseling services (at the request of the consumer).

**Your Choice to Share Information** - If you wish we do not provide personal and financial information on your account, as described in this notice, please send your request in writing to: GACC, Attn: Privacy Notice, P.O. Box 172800, Arlington, Texas 76003  or call 1-800-807-0725 x201.

## California Collection Notice

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## California and Utah Residents

As required by California and Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## Colorado Residents

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

## North Carolina Residents

North Carolina permit number 3939.

## Massachusetts Residents

You have the right to make a written or oral request that telephone calls regarding your debt not be made to your place of employment. Any such oral request will be valid for only ten days unless you provide a written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to us.

## New York City Residents

New York City Department of Consumer Affairs license number 1240569.

## Consumers in all states have the rights afforded by the Fair Debt Collection Practices Act. (FDCPA)

P.O. Box 172800
Arlington, TX 76003
624929

October 5, 2007

RETURN SERVICE REQUESTED

JENNIFER REED
4920 HARMONY WAY
SAN JOSE CA 95130-1619

IF PAYING BY CREDIT CARD FILL OUT BELOW.

CHECK CREDIT CARD USING FOR PAYMENT

☐ ☐ ☐ ☐ ☐ AMERICAN EXPRESS

| Card Number | Amount |
| --- | --- |
| Signature | Exp. Date |

| Current Balance: $2782.04 | GACC #: 624929 |
| Payment Due Date: 11/4/2007 | |

Global Acceptance Credit Co.
PO Box 172800
Arlington TX 76003-2800

*** Detach Upper Portion and Return with Payment ***

GACC Account Number#:      624929
Current Balance:      $2782.04

Re:
Reference #:      Corinthian College/Everest College
184-55xxxxx32S1

## WHAT ARE YOUR INTENTIONS? and SETTLEMENT OFFER!

Dear JENNIFER  REED,

This office has made several attempts to contact you regarding this account in order to resolve it.

Please indicate your intentions and return this letter to us in the self-addressed enclosed envelope.

_____ Yes, I will accept a settlement offer of $1,391.02 if I pay within 30 days of the date of this letter.
Payment is enclosed.

_____ I do intend to pay my obligation voluntarily, however, I need to discuss a **more flexible payment arrangement**.

Please call me to discuss my options at my daytime telephone number of _____

or nighttime telephone number of _____

_____ I can not pay now and I accept the consequences of that inability.

The Current Balance includes principal, interest and possibly fees imposed by the originator.  Interest continues to accrue on this account.

Global Acceptance Credit Company may inform the credit reporting agencies about the default on your account. This information may be reflected in your credit report.

Additionally, you may contact us at 866-881-2590 and speak with Kevin Lee.

Cordially,

Kevin Lee
Director Asset Recovery
866-881-2590

EXHIBIT
6

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

GACC accepts for payment:

1) Credit card or debit card (complete box above)

2) Western Union Quick Collect
   code city: Parkrow State: TX

3) Money-Gram
   Receive code: 2980       MoneyGram

4) Check-By-Phone (free of charge) call toll free 866-881-2590

5) Check or Money Order by mail

GACC

**Global Acceptance
Credit Company**

5850 W. Interstate 20, Ste 100 - Arlington, TX 76017
Toll Free 866-881-2590 - Local (817) 561-2600
Fax (817) 561-2268

Please see reverse side for important information.

GLA3-1005R204727-JGL3-8 4727

P.O. Box 172800
Arlington, TX 76003
624929

January 24, 2008

RETURN SERVICE REQUESTED

JENNIFER  REED
4920 HARMONY WAY
SAN JOSE CA 95130-1819

| IF PAYING BY CREDIT CARD FILL OUT BELOW. | |
|---|---|
| **CHECK CREDIT CARD USING FOR PAYMENT** | |
| ☐ ▮ ☐ ▮ ☐ ▮ ☐ AMERICAN EXPRESS | |
| Card Number | Amount |
| Signature | Exp. Date |
| Current Balance: $2782.04 | **GACC #: 624929** |
| Payment Due Date: March 17, 2008 | |

Global Acceptance Credit Co.
PO Box 172800
Arlington TX 76003-2800

······················································· *** Detach Upper Portion and Return with Payment *** ·······················

| Settlement Amount: | $1,391.02 | | GACC #: | 624929 |
|---|---|---|---|---|
| Due Date: | March 17, 2008 | | RE: | Corinthian College/Everest College |
| | | | Reference #: | 184-55xxxxx3231 |

## MAXIMIZE THE USE OF YOUR INCOME TAX REFUND!!!

Dear JENNIFER  REED,

You have been selected to participate in a Money Saving offer to settle your Corinthian College account in full. Use your income tax refund and get "DOUBLE YOUR MONEY."

We are prepared to accept 50% off your current balance to payoff your account in full.  This offer is valid if payment is received by March 17, 2008 unless other arrangements are made with your Account Resolution Specialist. We are not obligated to renew this offer.

Upon receipt of your settlement, Global Acceptance Credit Company will send you verification that your account is paid in full and will notify TransUnion, Experian, and Equifax credit reporting agencies that this debt is satisfied and reflects a zero balance.

Please overnight or priority-mail your settlement of $1,391.02 to the following address:

**OVERNIGHT MAIL ADDRESS**
Global Acceptance Credit Company
5850 West I-20 Suite #100
Arlington, TX 76017

The Current Balance includes principal, interest and possibly fees imposed by the originator.  Interest continues to accrue on this account.

Global Acceptance Credit Company may inform the credit reporting agencies about the default on your account. This information may be reflected in your credit report.

If you should have any questions please contact me at 866-861-2590.

Respectfully,

Tracey Hunter
Account Resolution Specialist

EXHIBIT
7

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE.**

GACC accepts for payment:

1) Credit card or debit card (complete box above)

2) Western Union Quick Collect
   code city: <u>Parkrow</u> State: <u>TX</u>

3) Money-Gram
   Receive code: <u>2980</u>   

4) Check-By-Phone (free of charge) call toll free 866-861-2590

5) Check or Money Order by mail



**Global Acceptance
Credit Company**

5850 W. Interstate 20, Ste 100 - Arlington, TX 76017
Toll Free 866-861-2590 - Local (817) 561-2600
Fax (817) 561-2288

Please see reverse side for important information.

GLA14-0123C331882-ZG14-2 1882