1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Global Acceptance Company, LLC
7  and GAC GP, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12  JENNIFER LEIGH REED,              )   CASE NO.: C08 01826 RMW (RS)
                                      )
13              Plaintiff,            )
                                      )   **DEFENDANTS CERTIFICATION**
14       vs.                          )   **OF INTERESTED PARTIES**
                                      )
15                                    )
                                      )
16  GLOBAL ACCPETANCE CREDIT          )
    COMPANY, a Texas Limited          )
17  Partnership; and GAC GP, LLC, a   )
    Texas Corporation,                )
18                                    )
                Defendants.           )
19  _____   )

20

1  Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendants
2  Global Acceptance Company, LLC and GAC GP, LLC certifies that, other than the
3  named defendants in this action, no other persons, associations of persons, firms,
4  partnerships, corporations (including parent corporations) or other entities (i) have a
5  financial interest in the subject matter in controversy or in a party to the proceeding, or
6  (ii) have a non-financial interest in that subject matter or in a party that could be
7  substantially affected by the outcome of this proceeding.

10  DATED: April 30, 2008                    SIMMONDS & NARITA LLP
                                             TOMIO B. NARITA
11                                           JEFFREY A. TOPOR

                                     By:    s/Tomio B. Narita
14                                          Tomio B. Narita
                                            Attorneys for Defendants
15                                          Global Acceptance Credit Company and
                                            GAC GP, LLC