1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for Defendants
   Global Acceptance Credit Company, LP
7  and GAC GP, LLC

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEIGH REED, | CASE NO.: C08 01826 RMW (RS) |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| GLOBAL ACCEPTANCE CREDIT COMPANY, a Texas Limited Partnership; and GAC GP, LLC, a Texas Corporation, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robin M. Bowen, Esq. of the law firm Simmonds & Narita LLP hereby notes her appearance as additional counsel for defendants Global Acceptance Credit Company, LP and GAC GP, LLC in this matter.

DATED: June 6, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
ROBIN M. BOWEN

By:   /s/Robin M. Bowen
Robin M. Bowen
Attorneys for Defendants
Global Acceptance Credit Company, LP and GAC GP, LLC