Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Jovanna R. Longo (SBN 251491)
jovanna.longo@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

Attorneys for Plaintiff
JENNIFER LEIGH REED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL ACCEPTANCE CREDIT COMPANY, a Texas Limited Partnership; and GAC GP, LLC, a Texas Limited Liability Corporation,<br><br>　　　　　　Defendants. | Case No.  C08-01826-RMW-RS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, JENNIFER LEIGH REED, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 25th day of July, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

>    Tomio B. Narita
>    Simmonds & Narita, LLP
>    44 Montgomery Street, Suite 3010
>    San Francisco, CA 94104-4816
>    　　　Attorney for Defendants

Dated: July 25, 2008　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER LEIGH REED

---

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES　　　　　　Case No.  C08-01826-RMW-RS