| | |
|---|---|
| 1 | TOMIO B. NARITA (SBN 156576) |
| | JEFFREY A. TOPOR (SBN 195545) |
| 2 | ROBIN M. BOWEN (SBN 230309) |
| | SIMMONDS & NARITA LLP |
| 3 | 44 Montgomery Street, Suite 3010 |
| | San Francisco, CA 94104-4816 |
| 4 | Telephone: (415) 283-1000 |
| | Facsimile:   (415) 352-2625 |
| 5 | tnarita@snllp.com |
| | jtopor@snllp.com |
| 6 | rbowen@snllp.com |
| 7 | Attorneys for Defendants |
| | Global Acceptance Company, LP |
| 8 | and GAC GP, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JENNIFER LEIGH REED, | ) | CASE NO.: C08 01826 RMW (RS) |
| Plaintiff, | ) | |
| | ) | **NOTICE REGARDING CASE** |
| vs. | ) | **MANAGEMENT CONFERENCE** |
| | ) | **OF AUGUST 8, 2008** |
| GLOBAL ACCPETANCE CREDIT COMPANY, a Texas Limited Partnership; and GAC GP, LLC, a Texas Corporation, | ) | |
| Defendants. | ) | |

1  TO PLAINTIFF JENNIFER LEIGH REED AND HER ATTORNEYS OF
2 RECORD:
3  PLEASE TAKE NOTICE THAT, pursuant to the Court's Order dated April 4,
4 2008, a Case Management Conference was held on August 8, 2008 at 10:30 a.m. in the
5 above Court, the Honorable Ronald M. Whyte Presiding.  Fred W. Schwinn appeared
6 on behalf of Plaintiff Jennifer Leigh Reed and Robin M. Bowen appeared on behalf of
7 Defendants Global Acceptance Credit Company and GAC GP, LLC.
8  At the Case Management Conference, the Court set this matter for jury trial
9 commencing at 1:30 p.m. on May 18, 2009.  The last day for a hearing on any
10 dispositive motions is March 27, 2009.  The parties' pretrial and expert disclosures,
11 pursuant to Fed. Rule Civ. Proc. 26(a)(2) and (3), are due on January 13, 2009.  Further,
12 the close of fact and expert discovery is set for January 30, 2009.
13  Discovery is limited to two depositions per side, fifteen interrogatories per side,
14 and ten requests for admission per side.  There is no limit on document requests.
15  The parties are engaged in settlement discussions.  Unless the case settles, the
16 parties are to conduct a settlement conference within 30 days of the case management
17 conference.  The settlement conference, which will be conducted by Magistrate Judge
18 Richard Seeborg, should be scheduled through Judge Whyte's chambers.

DATED: August 8, 2007                      SIMMONDS & NARITA LLP
                                           TOMIO B. NARITA
                                           JEFFREY A. TOPOR
                                           ROBIN M. BOWEN


                                    By:    /S/ Robin M. Bowen
                                           Robin M. Bowen
                                           Attorneys for Defendants Global Acceptance
                                           Credit Company and GAC GP, LLC