UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-01826-RMW    JUDGE: Ronald M. Whyte

**JENNIFER LEIGH REED**　　　　-V- **GLOBAL ACCEPTANCE CREDIT CO.**
Title

F. Schwinn　　　　　　　　　　　　R. Bowen
Attorneys Present (Plaintiff)　　　　Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia　　　COURT REPORTER: Peter Torreano

PROCEEDINGS

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court's tentative ruling is to deny the motion for summary judgment. Question of fact as to whether or not (1) Global Acceptance Credit Co. Identified themselves as a debt collector and (2) plaintiff's letter could be interpreted as a request for verification. The Court to issue a final ruling to the parties. The matter is deemed submitted.