UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-01826-RMW    JUDGE: Ronald M. Whyte

JENNIFER LEIGH REED    -V- GLOBAL ACCEPTANCE CREDIT CO., et al.
Title

F. Schwinn    R. Bowen
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court strongly urges the parties to workout a settlement. If the parties are unsuccessful in resolving the case, the parties are to have a settlement conference with Magistrate Seeborg within 30 days. The Court set the following schedule: Jury Trial set for 5/18/09 @ 1:30 PM; Pretrial Conference set for 4/23/09 @ 2:00 PM; Joint Pretrial Statement due 4/17/09; Last Day to Hear Dispositive Motions set for 3/13/09 @ 9:00 AM; Discovery cutoff 1/30/09. Discovery Limits: Deposition - 2 per side; Interrogatories - 1 set (not to exceed 15 questions) per side; Request for Documents - no limit, but narrowly tailored; Request for Admissions - 10 per side. Defendant to prepare order following the conference.