Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JENNIFER LEIGH REED

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>GLOBAL ACCEPTANCE CREDIT COMPANY, a Texas Limited Partnership; and GAC GP, LLC, a Texas Limited Liability Corporation,<br><br>　　　　　　　Defendants. | Case No. C08-01826-RMW-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JENNIFER LEIGH REED, and Defendants, GLOBAL ACCEPTANCE CREDIT COMPANY and GAC GP, LLC, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JENNIFER LEIGH REED, against Defendants, GLOBAL ACCEPTANCE CREDIT COMPANY and GAC GP, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

| | |
|---|---|
| Dated: September 15, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>JENNIFER LEIGH REED |
| Dated: September 15, 2008 | /s/ Tomio B. Narita<br>Tomio B. Narita, Esq.<br>Attorney for Defendants<br>GLOBAL ACCEPTANCE CREDIT COMPANY<br>and GAC GP, LLC |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

                                              The Honorable Ronald M. Whyte
                                              Judge of the District Court