1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  JENNIFER LEIGH REED                           *E-FILED - 9/30/08*

7

8
                    UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
10

11  JENNIFER LEIGH REED,                Case No. C08-01826-RMW-RS

12                  Plaintiff,          **STIPULATION OF DISMISSAL
          v.                            AND [          ] ORDER**
13
    GLOBAL ACCEPTANCE CREDIT             Fed. R. Civ. P. 41(a)(1)
14  COMPANY, a Texas Limited Partnership; and
    GAC GP, LLC, a Texas Limited Liability
15  Corporation,

16                  Defendants.

17

18      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JENNIFER LEIGH REED, and Defendants,

19  GLOBAL ACCEPTANCE CREDIT COMPANY and GAC GP, LLC, stipulate, and the Court hereby

20  orders, as follows:

21      1.  The dispute between the parties has been settled, therefore, the claims asserted by

22  Plaintiff, JENNIFER LEIGH REED, against Defendants, GLOBAL ACCEPTANCE CREDIT

23  COMPANY and GAC GP, LLC, in the above-captioned proceeding are hereby dismissed, with

24  prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25

26  / / /

27  / / /

28

1 | Dated: September 15, 2008 | /s/ Fred W. Schwinn
2 | | Fred W. Schwinn, Esq.
  | | Attorney for Plaintiff
3 | | JENNIFER LEIGH REED
4 |
5 | Dated: September 15, 2008 | /s/ Tomio B. Narita
  | | Tomio B. Narita, Esq.
6 | | Attorney for Defendants
  | | GLOBAL ACCEPTANCE CREDIT COMPANY
7 | | and GAC GP, LLC
8 |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 9/30/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court

- 2 -
STIPULATION OF DISMISSAL AND [] ORDER        Case No. C08-01826-RMW-RS